UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEILA ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-02769-JMS-MG |
| ) | |
| STATE OF INDIANA, ) | |
| ROBERT E. CARTER, JR., ) | |
| FRANK VANIHEL, ) | |
| ADAM CHAMBERS, ) | |
| HILARY HALL, ) | |
| BRANDON WHITE, ) | |
| MIDNIGHT MCGUIRE, ) | |
| BRANDON HANCOCK, ) | |
| MARKY SHEPARD, ) | |
| KALEB HAUPTIL, ) | |
| CHELSEA HENDERSON, ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE**

On March 25, 2022, the Court issued an Order to Show Cause, [Dkt. 14], in which Plaintiff was ordered to show cause, in a writing filed with this court no later than April 14, 2022, why this case should not be dismissed because Plaintiff is not permitted to proceed *pro se* as the representative of the Estate of Brandon Lewis. Plaintiff, who is Brandon Lewis's mother, did not obtain counsel for the estate and instead filed a Response to the Show Cause Order, [Dkt. 18], arguing that she should be permitted to proceed without counsel. The Court issued another Order, [Dkt. 19], explaining to Plaintiff that under Seventh Circuit precedent, she cannot proceed *pro se* on behalf of her son's estate and directed her to obtain counsel on behalf of the estate by no later than May 13, 2022 or the case would be dismissed. Plaintiff did not obtain counsel and instead filed a *pro se* Motion to Alter or Amend Judgment, [Dkt. 22], which this Court is concurrently

denying by Minute Entry.

Because: (1) Plaintiff has failed to comply with the Court's Order to obtain counsel; (2) the Seventh Circuit does not allow estates to prosecute claims *pro se*; and (3) Plaintiff has previously rejected counsel appointed by this Court to represent the estate, the undersigned **RECOMMENDS** that the Complaint be **DISMISSED WITHOUT PREJUDICE**. Any objections to the Magistrate Judge's Report and Recommendation must be filed within fourteen (14) days of this Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure. **IT IS SO RECOMMENDED.**

Date: 6/6/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

SHEILA ARNOLD
3026 Franciscan Drive
Apt. 1317
Arlington, TX 76015

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov