UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEILA ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-02769-JMS-MG |
| | ) |
| STATE OF INDIANA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Magistrate Judge has submitted his Report and Recommendation, dkt. [26], recommending that the complaint be DISMISSED WITHOUT PREJUDICE. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

All other pending motions are denied as moot.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Date: 7/22/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

SHEILA ARNOLD
3026 Franciscan Drive
Apt. 1317
Arlington, TX 76015